Jerry L. SHINABERRY, Plaintiff— Appellant,

v.

SOCIAL SECURITY, COMMISSIONER, Defendant— Appellee.

No. 08–1362.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 18, 2008.

Decided: Sept. 12, 2008.

Jerry L. Shinaberry, Appellant Pro Se. Helen Campbell Altmeyer, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Before MICHAEL, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry L. Shinaberry appeals the district court's order accepting the recommendation of the magistrate judge and finding that substantial evidence supports the Commissioner's decision that Shinaberry is

not entitled to disability insurance benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Shinaberry v. Commissioner,* 535 F.Supp.2d 604 (N.D.W.Va.2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*